UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Jeremy Lashaun Robinson**     Docket No. 5:10-CR-400-1D

### Petition for Action on Supervised Release

COMES NOW Arthur B Campbell, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jeremy Lashaun Robinson, who, upon an earlier plea of guilty to Distribution of 5 Grams of More of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on November 17, 2011, to the custody of the Bureau of Prisons for a term of 66 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Jeremy Lashaun Robinson was released from custody on October 03, 2014, at which time the term of supervised release commenced.

On February 29, 2016, the court was notified that the defendant had tested positive for Marijuana. The court agreed to let the defendant continue on supervision with increased drug testing.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On October 25, 2016, the probation officer was notified that the defendant had tested positive for marijuana. On October 27, 2016, the defendant signed an admission to using marijuana. The defendant was offered drug treatment and declined feeling as though he did not need drug treatment at this time. The recommendation of the probation office is to modify his conditions of supervision to include 25 hours of community service. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision on November 14, 2016.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 25 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Michael C. Brittain | /s/ Arthur B Campbell |
| Michael C. Brittain | Arthur B Campbell |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: 919-861-8677 |
| | Executed On: November 21, 2016 |

Jeremy Lashaun Robinson
Docket No. 5:10-CR-400-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __21__ day of __November__, 2016, and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge