UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jeremy Lashaun Robinson            Docket No. 5:10-CR-400-1D

### Petition for Action on Supervised Release

COMES NOW Amir A. Hunter, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jeremy Lashaun Robinson, who, upon an earlier plea of guilty to Distribution of 5 Grams or More of Cocaine Base (Crack), was sentenced by the Honorable James C. Dever III, Chief U.S. District Judge, on November 17, 2011, to the custody of the Bureau of Prisons for a term of 66 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Jeremy Lashaun Robinson was released from custody on October 03, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 12, 2017, the defendant committed the offense of Driving While Impaired (17CR50194). As a result of this violation, it is respectfully recommended that the defendant complete 24 hours of community service in the next 60 days to address the violation. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,            I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

/s/ Amir A. Hunter
Amir A. Hunter
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919.861.8663
Executed On: March 15, 2017

Jeremy Lashaun Robinson
Docket No. 5:10-CR-400-1D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __23__ day of __March__, 2017, and ordered filed and made a part of the records in the above case.

_/s/ J. Dever_
James C. Dever III
Chief U.S. District Judge